# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00478-WYD-KMT

BEVERLY ABBOTT,

    Plaintiff,

v.

PEAK 7, LLC d/b/a THE GRAND LODGE ON PEAK 7,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THIS MATTER comes before the Court on Plaintiff's Motion to Dismiss With Prejudice (ECF No. 5). After a careful review of the motion, I find that it should be granted pursuant to Fed. R. Civ. P. 41(a)(1). Accordingly, all claims asserted in this case are hereby dismissed, and this matter is **DISMISSED WITH PREJUDICE**.

Dated: May 5, 2015

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge